JUDGE HOLWELL

7/4727-9

MAG. DOLINGER

D██████(██████535)
Stephen J. Quigley (SQ 6847)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

YAEL HALAAS M.D., PLLC,                                    :

                              Plaintiff,                   :

              v.                                           :

SCIENCE + BEAUTY MEDICAL SPA,                              :
JESSICA L. PLOTNICK                                        :
and MATTHEW GOODRICH,                                      :
                                                           :
                              Defendants.                  :
                                                           :
-------------------------------------------------------------x

APR 11 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Civil Action No.

08 CV 3542

## COMPLAINT

Yael Halaas M.D., PLLC  ("Plaintiff"), by and through its attorneys Ostrolenk,

Faber, Gerb & Soffen, LLP, hereby complains of the activities of Defendants as follows:

## PARTIES

1.    Plaintiff is a professional limited liability company formed and operating

under the laws of the State of New York, with its principal place of business at 114 East 71st

Street, New York, New York 10021.  Plaintiff also operates under the assumed name SCIENCE

& BEAUTY ASSOCIATES.

{00916826.1}

2.     Upon information and belief, Defendant Jessica L. Plotnick ("Plotnick") is an individual residing at 139 East 35th Street, Apartment 10E, New York, New York 10016, with a place of business at Suite 1G, 969 Park Avenue, New York, New York 10028.

3.     Upon information and belief, Defendant Matthew Goodrich ("Goodrich") is an individual residing at 205 East 14th Street, Apartment A, New York, New York 10003.

4.     Upon information and belief, Defendant Science + Beauty Medical Spa ("SCIENCE and BEAUTY MEDICAL SPA") is a business owned and operated by Defendant Plotnick and Defendant Goodrich and having an address at Suite 1G, 969 Park Avenue, New York, New York 10028. Defendant SCIENCE and BEAUTY MEDICAL SPA, Defendant Plotnick and Defendant Goodrich are collectively referred to as "Defendants."

## JURISDICTION

5.     This Court has personal jurisdiction over Defendants because, based on information and belief, Defendants reside and conduct business in the State of New York and in this District.

6.     The subject matter jurisdiction of this Court is based upon 15 U.S.C. §1121, 28 U.S.C §§1338(a) and 1338(b), and the doctrine of pendant jurisdiction.

7.     Venue is proper in this District pursuant to 28 U.S.C. §1391(b) because this is an action brought pursuant to the federal trademark laws, 15 U.S.C. §1051 *et seq.*, Defendants conduct business in this Judicial District, and a substantial part of the events giving rise to the claims occurred in this District.

## FACTS COMMON TO ALL COUNTS

**Plaintiff's Activities**

8.    Plaintiff provides cosmetic, facial and plastic reconstructive surgery including otolaryngology, rhytidectomy, blepharoplasty, endoscopic browlift, mentoplasty, rhinoplasty, liposuction, laser cosmetic surgery, chemical peels, sclerotherapy, hair restoration surgery and otoplasty. Plaintiff has also added prescription and over-the-counter skin care and beauty products. Plaintiff's main office is in Manhattan.

9.    Since at least as early as 2002, Plaintiff has been continuously using the mark SCIENCE AND BEAUTY for its practice and business and to identify cosmetic, plastic and reconstructive medical services ("Plaintiff's Services"). Plaintiff has utilized variations of its SCIENCE AND BEAUTY Mark for Plaintiff's Services, including SCIENCE AND BEAUTY, SCIENCE + BEAUTY, SCIENCE & BEAUTY ASSOCIATES and SCIENCE & BEAUTY SPA (hereinafter all of these marks are collectively referred to as "SCIENCE & BEAUTY Marks").

10.    Plaintiff is the owner of U.S. Service Mark Registration No. 3,185,697 for the mark SCIENCE AND BEAUTY filed on April 6, 2005 and issued on December 19, 2006 for cosmetic, plastic and reconstructive medical services. This registration is active, valid, and in full force and effect. A copy of the Certificate of Registration is attached hereto as Exhibit 1.

11.    Plaintiff is the owner of U.S. Service Mark Registration No. 3,382,840 for SCIENCE + BEAUTY filed on April 6, 2005 and issued on February 12, 2008 for cosmetic, plastic and reconstructive medical services. This registration is active, valid and in full force and effect. A copy of the Certificate of Registration is attached hereto as Exhibit 2.

12.    Plaintiff is also the owner of trademark applications filed on April 6, 2005 in the U.S. Patent and Trademark Office for the marks SCIENCE AND BEAUTY SPA (Serial

No. 78/603,251) and SCIENCE AND BEAUTY ASSOCIATES (Serial No. 78/603,256) for cosmetic, plastic and reconstructive medical services. Copies of the Trademark Office database records for these applications are attached hereto as Exhibit 3. These applications have been approved for registration and were published without opposition from third parties.

13.     Plaintiff maintains an Internet web site at *www.drhalaas.com* where it promotes and advertises Plaintiff's Services under one or more of the SCIENCE & BEAUTY Marks. A printout of the home page from Plaintiff's web site is attached as Exhibit 4.

14.     Since prior to Defendants' complained of activities, Plaintiff has expended significant time and effort in developing the SCIENCE & BEAUTY Marks as a means of identifying the source of Plaintiff's Services.

15.     Plaintiff has made significant sales of products and services under the SCIENCE & BEAUTY Marks.

16.     As a result of their widespread use, Plaintiff's SCIENCE & BEAUTY Marks have acquired substantial consumer goodwill and they represent valuable assets for Plaintiff.

**Defendants' Activities**

17.     In August 2004, long after Plaintiff had made substantial and continuous use of the SCIENCE & BEAUTY Marks, Plaintiff hired Defendant Plotnick as a Physician's Assistant. At the time Plotnick began her employment with Plaintiff, Plotnick knew that the SCIENCE & BEAUTY Marks were being used in connection with Plaintiff's practice and business.

18.     In the course of her employment with Plaintiff, Plotnick performed laser hair removal, sclerotherapy and injectible filler procedures for Plaintiff. Plotnick expressed a

desire to market her services for Plaintiff using Plaintiff's SCIENCE & BEAUTY Marks, rather than Plaintiff's corporate name, Yael Halaas M.D., PLLC.

19.    Plaintiff, as an accommodation to Plotnick, consented to Plotnick's limited use of Plaintiff's mark SCIENCE & BEAUTY for billing purposes, all to the benefit of Plaintiff. Plaintiff also arranged for printing business cards for Plotnick with the SCIENCE & BEAUTY name.

20.    On April 7, 2005, while employed by Plaintiff and without the consent or authority of Plaintiff, Defendants Plotnick and Goodrich, as joint applicants, filed U.S. Trademark Application Serial No. 78/603,725 to register the mark SCIENCE + BEAUTY MEDICAL SPA and Design for health spa services, namely, cosmetic body care services ("Infringing SCIENCE AND BEAUTY Mark").

21.    The Trademark Office has issued a preliminary refusal to register Defendants' Infringing SCIENCE AND BEAUTY Mark on the basis of, among others, Plaintiff's earlier filed applications for SCIENCE AND BEAUTY SPA (Serial No. 78/603,251) and SCIENCE AND BEAUTY ASSOCIATES (Serial No. 78/603,256).    Copies of the Trademark Office database record for Defendants' SCIENCE + BEAUTY MEDICAL SPA and Design application and the Notice of Suspension (citing Plaintiff's applications) issued by the Trademark Office on January 30, 2007 are attached hereto as Exhibit 5.

22.    Plaintiff terminated Plotnick's employment in August 2005.

23.    Upon information and belief, since about September 2005, without the authority or consent of Plaintiff and with knowledge of Plaintiff's SCIENCE & BEAUTY Marks, Defendants have been using the Infringing SCIENCE AND BEAUTY Mark in connection with cosmetic and medical services including sclerotherapy, laser hair removal,

lipodissolve, Botox injections, restylane/captique treatments, facials, bio-facial lifts, chemical peels and masks in a facility located at 969 Park Avenue in New York City. Printouts of pages from the *scienceandbeauty.info* web site promoting and describing Plotnick and her services are attached as Exhibit 6.

24.    Without the authority or consent of Plaintiff, Plotnick is also promoting her services through the Internet web site *wwwscienceandbeauty.net*. A printout of the home page from this web site is attached as Exhibit 7.

25.    Defendants' Infringing SCIENCE AND BEAUTY Mark is identical to Plaintiff's SCIENCE & BEAUTY Marks.

26.    Defendants' cosmetic and medical services are the same or closely related to Plaintiff's Services for which Plaintiff has used and registered the SCIENCE & BEAUTY Marks, and are likely to be sold or rendered to the same purchasers in similar and/or overlapping channels of trade.

27.    Since shortly after Defendants started using the Infringing SCIENCE AND BEAUTY Mark to the present, Plaintiff has been in communications with Defendants to work out an amicable settlement in which Defendants would stop using the Infringing SCIENCE AND BEAUTY Mark after a reasonable phase out period. While Defendants have engaged Plaintiff in settlement negotiations and have led Plaintiff to believe that they would stop using the Infringing SCIENCE AND BEAUTY Mark, they have continuously delayed resolving this matter to the point that settlement negotiations have now broken down.

28.    Most recently, in an effort to bring this matter to a close, Plaintiff had multiple conversations with Defendants' counsel in February, 2008. On each occasion, Defendants assured Plaintiff that they would quickly settle this matter by stopping use of the

Infringing SCIENCE AND BEAUTY Mark.  On each occasion, Plaintiff sent Defendants' counsel another copy of an existing proposed settlement agreement.

29.    On March 21, 2008 after receiving no response from Defendants, Plaintiff advised Defendants that this matter must finally be brought to a close.  Plaintiff advised Defendants that if they did not settle this matter by Monday, March 24, 2008, they must immediately discontinue all uses of the Infringing SCIENCE AND BEAUTY Mark.

30.    Despite Plaintiff's efforts to amicably resolve this matter, and despite the prospect of litigation, Defendants did not reply by March 24, 2008, and have not yet replied. Defendants are continuing to use the Infringing SCIENCE AND BEAUTY Mark.

31.    Defendants' conduct of adopting the Infringing SCIENCE AND BEAUTY Mark and continuing to use the mark with actual notice of Plaintiff's SCIENCE & BEAUTY Marks, is a deliberate and willful attempt to trade upon and to derogate the goodwill and reputation of Plaintiff and its trade name and marks.

## COUNT I

(Trademark Infringement under 15 U.S.C. §1114)

32.    Plaintiff repeats and realleges the averments contained in Paragraphs 1 through 31 of this Complaint as if fully set forth herein.

33.    Defendants are using Plaintiff's SCIENCE & BEAUTY Marks without Plaintiff's authorization in a manner that is likely to cause confusion among consumers. Specifically, Defendants are using Plaintiff's SCIENCE & BEAUTY Marks to identify their cosmetic and medical services and as the name of a business which is located less than one mile from Plaintiff.

34.    The foregoing acts and conduct of Defendants are likely to cause confusion, to cause mistake, and/or to deceive the public, including prospective purchasers of Plaintiff's Services, into mistakenly believing that Defendants are Plaintiff or are a licensee of Plaintiff or that Defendants and their activities are authorized, endorsed, sponsored or approved by Plaintiff or that Defendants and their activities originate with or are connected or associated with Plaintiff, when in fact they are not.

35.    The foregoing acts and conduct of Defendants constitute willful and deliberate infringement of Plaintiff's registered service marks SCIENCE AND BEAUTY (No. 3,185,697) and SCIENCE + BEAUTY (No. 3,382,840) in violation of §32 of the Lanham Act (as amended), 15 U.S.C. §1114.

36.    By reason of the foregoing, Plaintiff is being irreparably damaged by Defendants' activities and will continue to be damaged unless Defendants are enjoined from continuing to commit the aforesaid acts.

37.    Plaintiff has no adequate remedy at law.

## COUNT II

(False Designation Of Origin under 15 U.S.C. §1125(a))

38.    Plaintiff repeats and realleges the averments contained in Paragraphs 1 through 37 of this Complaint as if fully set forth herein.

39.    The foregoing acts and conduct of Defendants are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants and their services with Plaintiff.

2031c034b893d79b

Case 1:08-cv-03542-RJH     Document 1     Filed 04/11/2008     Page 9 of 45

40.    The foregoing acts and conduct of Defendants constitute a false designation of origin and a false description and representation of fact in violation of §43(a) of the Lanham Act (as amended), 15 U.S.C. §1125(a).

41.    By reason of the foregoing, Plaintiff is being damaged by Defendants' activities and will continue to be damaged unless Defendants are enjoined from the aforesaid acts.

42.    Plaintiff has no adequate remedy at law.

## COUNT III

(Deceptive Acts and Practices and False Advertising under New York Statutory Law)

43.    Plaintiff repeats and realleges the averments contained in Paragraphs 1 through 42 of this Complaint as if fully set forth herein.

44.    Defendants have misrepresented the nature, characteristics and qualities of their services by representing that they are associated with Plaintiff.

45.    Defendants have engaged in unlawful, unfair and fraudulent business practices and unfair, deceptive, untrue and misleading advertising in violation of New York General Business Law §349.

46.    Such actions by Defendants also constitute false and misleading advertising in violation of New York General Business Law §350.

47.    By reason of the foregoing, Plaintiff is being damaged by Defendants' activities and will continue to be damaged unless Defendants are enjoined from continuing to commit the aforesaid acts.

48.    Plaintiff has no adequate remedy at law.

{00916826.1}                                          9

## COUNT IV

(New York Common Law Unfair Competition)

49.    Plaintiff repeats and realleges the averments contained in Paragraphs 1 through 48 of this Complaint as if fully set forth herein.

50.    Plaintiff's SCIENCE & BEAUTY Marks are inherently distinctive.

51.    By reason of the foregoing, Defendants are engaged in unfair competition with Plaintiff by misappropriating or attempting to misappropriate Plaintiff's SCIENCE & BEAUTY Marks and the goodwill and reputation associated therewith in a manner which is likely to deceive and confuse the public into believing that Defendants and their services originate with or are those of Plaintiff or are sponsored by, licensed by, endorsed by, or are otherwise associated with Plaintiff, when in fact they are not.

52.    By reason of all the foregoing, Plaintiff is being damaged by Defendants' activities and will continue to be damaged unless Defendants are enjoined from continuing to commit the aforesaid acts.

53.    Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

i.    An Order preliminarily and permanently enjoining and restraining Defendants, their partners, agents, servants and employees and those persons in active concert or participation with them from engaging in, offering, or providing services or goods in connection with any mark that is identical or confusingly similar to any of Plaintiff's SCIENCE & BEAUTY Marks.

ii.    An Order preliminarily and permanently enjoining Defendants, their partners, agents, servants, and employees and those persons in active concert or participation with them from engaging in any acts of false designation of origin or false description or representation or any acts of unfair competition and/or deceptive trade practice in connection with offering or providing medical, cosmetic or dermatological services or goods.

iii.    An Order to withdraw and abandon U.S. Trademark Application No. 78/603,725.

iv.    An accounting and award of Defendants' profits and Plaintiff's damages sustained as a result of Defendants' acts complained of herein.

v.    A trebling of the award of Defendants' profits and Plaintiff's damages in view of the willful and intentional nature of Defendants' conduct.

vi.    An award to Plaintiff of such punitive damages as is appropriate in view of the willful conduct on the part of Defendants.

vii.    An award to Plaintiff of its costs in this action including its reasonable attorneys' fees.

viii.    Such other and further relief as the Court may deem just and equitable under the circumstances herein.

## JURY DEMAND

Plaintiff seeks a jury trial on all issues entitled to be tried by a jury.

Dated: April 11, 2008
     New York, New York

Respectfully submitted,

_____

Douglas A. Miro
Stephen J. Quigley
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Telephone: (212) 382-0700
Attorneys for Plaintiff

1

Int. Cl.: 44

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 3,185,697

Registered Dec. 19, 2006

## SERVICE MARK
## PRINCIPAL REGISTER

# SCIENCE AND BEAUTY

YAEL HALAAS, M.D., PLLC (NEW YORK PRO-
 FESSIONAL LIMITED LIABILITY COMPANY)
SUITE 2B
1049 5TH AVENUE
NEW YORK, NY 10028

FOR: COSMETIC, PLASTIC AND RECONSTRUC-
TIVE MEDICAL SERVICES, IN CLASS 44 (U.S. CLS.
100 AND 101).

FIRST USE 1-4-2004; IN COMMERCE 1-4-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-603,261, FILED 4-6-2005.

STEVEN PEREZ, EXAMINING ATTORNEY

2

Int. Cl.: 44

Prior U.S. Cls.: 100 and 101

**Reg. No. 3,382,840**

## United States Patent and Trademark Office

Registered Feb. 12, 2008

### SERVICE MARK
### PRINCIPAL REGISTER

# SCIENCE + BEAUTY

YAEL HALAAS M.D. PLLC (NEW YORK PRO-
FESSIONAL LIMITED LIABILITY COMPANY)
1W
114 EAST 71ST STREET
NEW YORK, NY 10021

FOR: COSMETIC, PLASTIC AND RECONSTRUC-
TIVE MEDICAL SERVICES, IN CLASS 44 (U.S. CLS.
100 AND 101).

FIRST USE 9-0-2006; IN COMMERCE 9-0-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-603,244, FILED 4-6-2005.

KAPIL BHANOT, EXAMINING ATTORNEY

3



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Apr 10 04:10:31 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## SCIENCE AND BEAUTY SPA

| | |
|---|---|
| **Word Mark** | SCIENCE AND BEAUTY SPA |
| **Goods and Services** | IC 044. US 100 101. G & S: Cosmetic, plastic and reconstructive medical services |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78603251 |
| **Filing Date** | April 6, 2005 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 18, 2006 |
| **Owner** | (APPLICANT) Yael Halaas M.D. PLLC Professional limited liability company NEW YORK Suite 2B 1049 5th Avenue New York NEW YORK 10028 |
| **Attorney of Record** | Douglas A. Miro |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEAUTY SPA" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-10 11:00:20 ET

**Serial Number:** 78603251 <u>Assignment Information</u>      <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# SCIENCE AND BEAUTY SPA

**(words only):** SCIENCE AND BEAUTY SPA

**Standard Character claim:** Yes

**Current Status:** A request for the second extension of time to file a statement of use has been granted.

**Date of Status:** 2007-10-09

**Filing Date:** 2005-04-06

**The Notice of Allowance Date is:** 2006-10-10

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**Attorney Assigned:**
BELZER LYDIA M

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2006-10-10

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Yael Halaas M.D. PLLC

**Address:**

Yael Halaas M.D. PLLC
Suite 2B 1049 5th Avenue
New York, NY 10028
United States
**Legal Entity Type:** Professional limited liability company
**State or Country Where Organized:** New York

---

## GOODS AND/OR SERVICES

---

**International Class:** 044
**Class Status:** Active
Cosmetic, plastic and reconstructive medical services
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "BEAUTY SPA"

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-10-09 - Extension 2 granted

2007-10-09 - Extension 2 filed

2007-10-09 - TEAS Extension Received

2007-04-10 - Extension 1 granted

2007-04-10 - Extension 1 filed

2007-04-10 - TEAS Extension Received

2006-10-10 - Notice of allowance - mailed

2006-07-18 - Published for opposition

2006-06-28 - Notice of publication

2006-05-30 - Law Office Publication Review Completed

2006-05-26 - Assigned To LIE

2006-05-23 - Examiner's amendment mailed

2006-05-23 - Approved for Pub - Principal Register (Initial exam)

2006-05-23 - Examiner's Amendment Entered

2006-05-23 - Examiners Amendment -Written

2005-11-23 - Priority Action Mailed

2005-11-22 - Priority Action Written

2005-11-15 - Examiner's Amendment Entered

2005-11-10 - Examiner's amendment mailed

2005-11-10 - Examiner's Amendment Entered

2005-11-10 - Examiners Amendment -Written

2005-11-02 - Assigned To Examiner

2005-04-14 - New Application Entered In Tram

---

### ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Douglas A. Miro

**Correspondent**
Douglas A. Miro
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 AVENUE OF THE AMERICAS FL 7
NEW YORK NY 10036-8443
Phone Number: 212-382-0700
Fax Number: 212-382-0888

---

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Apr 10 04:10:31 EDT 2008*

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  **SEARCH OG**  BOTTOM  **HELP**

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**TARR Status**  **ASSIGN Status**  **TDR**  **TTAB Status**  *( Use the "Back" button of the Internet Browser to return to TESS)*

## SCIENCE AND BEAUTY ASSOCIATES

| | |
|---|---|
| **Word Mark** | SCIENCE AND BEAUTY ASSOCIATES |
| **Goods and Services** | IC 044. US 100 101. G & S: Cosmetic, plastic and reconstructive medical services |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78603256 |
| **Filing Date** | April 6, 2005 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 4, 2006 |
| **Owner** | (APPLICANT) Yael Halaas M.D. PLLC PROFESSIONAL LIMITED LIABILITY COMPANY NEW YORK Suite 2B 1049 5th Avenue New York NEW YORK 10028 |
| **Attorney of Record** | Douglas A. Miro |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ASSOCIATES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  **SEARCH OG**  TOP  **HELP**

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-10 11:01:12 ET

**Serial Number:** 78603256 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# SCIENCE AND BEAUTY ASSOCIATES

**(words only):** SCIENCE AND BEAUTY ASSOCIATES

**Standard Character claim:** Yes

**Current Status:** A request for the second extension of time to file a statement of use has been granted.

**Date of Status:** 2007-10-15

**Filing Date:** 2005-04-06

**The Notice of Allowance Date is:** 2006-09-26

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

**Attorney Assigned:**
BIBBINS ODESSA B

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2008-03-28

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Yael Halaas M.D. PLLC

**Address:**

Yael Halaas M.D. PLLC
Suite 2B 1049 5th Avenue
New York, NY 10028
United States
**Legal Entity Type:** PROFESSIONAL LIMITED LIABILITY COMPANY
**State or Country Where Organized:** New York

---

## GOODS AND/OR SERVICES

---

**International Class:** 044
**Class Status:** Active
Cosmetic, plastic and reconstructive medical services
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "ASSOCIATES"

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-04-07 - PAPER RECEIVED

2008-03-26 - TEAS Statement of Use Received

2007-10-15 - Extension 2 granted

2007-09-26 - Extension 2 filed

2007-10-01 - PAPER RECEIVED

2007-08-16 - Extension 1 granted

2007-03-26 - Extension 1 filed

2007-03-26 - PAPER RECEIVED

2006-09-26 - Notice of allowance - mailed

2006-07-04 - Published for opposition

2006-06-14 - Notice of publication

2006-05-15 - Law Office Publication Review Completed

2006-05-05 - Assigned To LIE

2006-05-04 - Approved for Pub - Principal Register (Initial exam)

2006-05-03 - Examiner's amendment mailed

2006-05-03 - Examiner's Amendment Entered

2006-05-03 - Examiners Amendment -Written

2005-11-03 - Non-final action mailed

2005-11-02 - Non-Final Action Written

2005-11-02 - Assigned To Examiner

2005-04-14 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Douglas A. Miro

**Correspondent**
Douglas A. Miro
OSTROLENK, FABER, GERB & SOFFEN LLP
1180 AVE OF THE AMERICAS FL 7
NEW YORK NY 10036-8443
Phone Number: 212-382-0700
Fax Number: 212-382-0888

4

# YAEL HALAAS M.D.



Home    Meet The Doctor    Our Store    Ask The Doctor    Testimonials    Members    Press    Links

Procedures:
[ Search Procedures ]

en Español

## ■ My Philosophy

Have you ever wished that one of your best friends was a top cosmetic surgeon and would tell you everything you really want to know about cosmetic enhancements? Someone that knew you, would really listen to you & tell you the truth? I'll tell you a little secret... there is no reason why your doctor can't be interested in your life, remember the name of your significant other and help you weigh the real benefits and risks to fight the aging process gracefully. It is possible to find a successful doctor who graduated at the top of her medical school class and yet still spends time talking to her patients. Someone who knows we all have the same questions - which products are hype and which will make a difference in our appearance and, in the end, how to look our best.

Well now you have that friend and physician in me. As a woman and a patient myself, I have based my practice on providing to patients the kind of outstanding surgical care that I demand for myself and my loved ones. I believe that patients have a right to a dedicated and caring physician who delivers personal attention, speaks clearly and sincerely, and provides meticulous medical care. With the right relationship, you can feel confident and comfortable about yourself and the surgical decisions you make. Patient care, trust and satisfaction are my utmost concern. Welcome to my practice. I look forward to caring for you.

It's okay to look your age... just look fabulous for your age!

*Yael Halaas, M.D.*

Click here to read the New York Times Magazine Spring 2007 article "2007: A Face Odyssey" featuring an interview with Dr. Halaas.

## 🔲 Photo Gallery
[ Search Photos ]

## 🔲 Patient Testimonials

*I feel I am a better person having met and used Dr. Yael. I will continue use Dr. Yael as my facial surgeon. I also will continue to recommend her to friends and/or family who wish to use her professional services. She is truly worth all the respect that her profession can give her.*

*Catherine*

*This past weekend was my granddaughters' birthday and everyone thought they were my children. This is all because of Dr.Yeel.*

## 🔲 Long Distance Patients

Are you planning on travelling long distances to experience Dr. Halaas' skill and caring approach?

Click here to learn how we can help make your experience with us easy and comfortable.

Eyelid Surgery New York, Blepharoplasty NYC - DrHalaas.com

Chin Augmentation | Procedures | Long Distance Patients | Face Lift | Eyelid Surgery | Chemical Peels | Mole Removal
Botox, Collagen and Radiance | Neck Liposction and Lift | Hair Restoration | Torn Earlobe Surgery | Rhinoplasty

**114 East 71st Street, #1W, NY, NY 10021 | T: 212.688.5955 | F: 212.988.1051**

By viewing and/or using this site (DrHalaas.com) you are agreeing to the terms of our DISCLAIMER
© **Copyright 2007 DrHalaas.com** | **Powered by Semikhor Networks**

Resources 1 2 3 4

3/26/2008

http://www.drhalaas.com/page.asp?content_id=9783

5



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Apr 10 04:10:31 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |



| Word Mark | SCIENCE + BEAUTY MEDICAL SPA |
|---|---|
| Goods and Services | IC 044. US 100 101. G & S: health spa services, namely, cosmetic body care services. FIRST USE: 20050101. FIRST USE IN COMMERCE: 20050301 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures 02.01.37 - Busts of men in profile; Heads of men in profile; Men - heads, portraiture, or busts in profile; Portraiture of men in profile |
| Serial Number | 78603725 |
| Filing Date | April 7, 2005 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) Goodrich, Matthew INDIVIDUAL UNITED STATES 205 E. 14th Street Apt. A New York NEW YORK 10003 |
|  | (APPLICANT) Plotnick, Jessica L. INDIVIDUAL UNITED STATES 139 E. 35th Street Apt. 10E New York NEW YORK 10016 |
| Attorney of Record | Robert S. Schwartz |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "Medical Spa" APART FROM THE MARK AS SHOWN |
| Description of Mark | "The color(s) PINK, BLACK, WHITE, and GRAY, is/are claimed as a feature of the mark.". "The mark consists of the color Pink is used on the head design with WHITE grid lining. The color PINK is also |

used on the plus symbol. The color BLACK is used on the wording SCIENCE AND BEAUTY and the color GRAY on the word MEDICAL SPA. ."

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Document Description: **Suspension Letter**          Mail / Create Date: **30-Jan-2007**

| | |
|---|---|
| **To:** | Plotnick, Jessica L. (schwartz@i-2000.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 78603725 - SCIENCE + BEAUTY MEDICAL SPA - N/A |
| **Sent:** | 1/30/2007 3:29:50 PM |
| **Sent As:** | ECOM115@USPTO.GOV |
| **Attachments:** | |

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**  78/603725

**APPLICANT:**  Plotnick, Jessica L.

## *78603725*

**CORRESPONDENT ADDRESS:**
ROBERT S. SCHWARTZ
HOLMES SCHWARTZ & GORDON
320 ENDO BLVD
GARDEN CITY, NY 11530-6708

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include
the words "Box Responses - No Fee."

**MARK:**  SCIENCE + BEAUTY MEDICAL SPA

**CORRESPONDENT'S REFERENCE/DOCKET NO:**  N/A

**CORRESPONDENT EMAIL ADDRESS:**
schwartz@i-2000.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and e-mail
   address.

Serial Number   78/603725

## NOTICE OF SUSPENSION

**SUSPENSION PROCEDURE:**  This suspension notice serves to suspend action on the application for the reason(s) specified below. No response is needed. 37 C.F.R. §2.67. However, the examining attorney will conduct periodic status checks and may issue inquiries at 6 month intervals from the mailing date of this notice. TMEP §716.05. If a status inquiry Office action issues, applicant will have 6 months from the mailing or e-mailing date of the status inquiry to respond. 15 U.S.C. §1062

(b); 37 C.F.R. §2.62.

**MAILING/E-MAILING DATE INFORMATION**: If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Action on this application is suspended pending the disposition of:

- Application Serial No(s). **78603251, 78603256, 78603261, 78603244, and 76551224**

Since applicant's effective filing date is subsequent to the effective filing date of the above-identified application(s), the latter, if and when it registers, may be cited against this application in a refusal to register under Section 2(d) of the Trademark Act, 15 U.S.C. §1052(d). See 37 C.F.R. §2.83; TMEP §§1208 et seq. A copy of information relevant to this pending application(s) **was sent previously.**

Applicant may submit a request to remove the application from suspension to present arguments related to the potential conflict between the relevant application(s) or other arguments related to the ground for suspension. TMEP §716.03. Applicant's election not to present arguments during suspension will not affect the applicant's right to present arguments later should a refusal in fact issue. If a refusal does issue, applicant will be afforded 6 months from the mailing or e-mailing date of the Office action to submit a response. 15 U.S.C. §1062(b); 37 C.F.R. §2.62.

The applicant disclaimer, color claim, and color description are accepted and made of record. The requirement for a new drawing is withdrawn. The applicant's original drawing of record is acceptable and will be rescanned and made of record.

/Curtis W. French/
Trademark Attorney
Law Office 115
United States Trademark Office
571-272-9472

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving technical glitches,*

please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.
- **Questions about USPTO programs**: Please e-mail USPTO Contact Center (UCC).

**NOTE**: Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.

6

science and beauty medical spa



# science + beauty
## medical spa

HOME  +  ABOUT S+B  +  TREATMENTS  +  BEFORE & AFTER  +  IN THE NEWS  +  CONTACT

*welcome*

## science + beauty



*press & media coverage*

Science + Beauty Medical Spa is dedicated to providing the most innovative and safe beautification treatments available today. To this end, we offer a comprehensive array of cosmetic and medical services involving both invasive and non-invasive procedures.

We specialize in Sclerotherapy, Laser Hair Removal, Lipodissolve, BOTOX™, and Juvederm/Captique/facial fillers treatments. We also offer facials, bio-ultimate face lifts, as well as chemical peels and masks. Click here to read about all of our treatments.

Our professionals bring decades of experience to the practice and are committed to meeting the specific needs of each client. We are conveniently located on the Upper East Side of Manhattan at the corner of Park Avenue and 82nd Street. To learn more about our practitioners, see about s+b. For more information or to make an appointment, refer to our contact section.

science and beauty medical spa

Our gift certificates make great gifts!

**969 Park Avenue, Suite 1G, New York, NY 10028**
**p: 212.639.1259  +  f: 212.249.5140**
**www.sbmedspa.com**

Copyright ©2007 science + beauty medical spa. All rights reserved.

3/26/2008

science and beauty medical spa



# science + beauty
## medical spa

HOME  + ABOUT S+B  + TREATMENTS  + BEFORE & AFTER  + IN THE NEWS  + CONTACT

## *about science + beauty*

Science + Beauty Medical Spa is dedicated to providing the most innovative and safe beautification treatments available today. Our professionals bring decades of experience to the practice and are committed to meeting the specific needs of each client. For information or to make an appointment, use our contact information.

To learn more about our team, please read the bios below.

**Jessica Plotnick, PA-C, MMSc**

After completing her B.A. at SUNY-Binghamton, Jessica went to Emory University's School of Medicine Physician Assistant Program, rated the number one P.A. program in the nation. She graduated amongst the top of her class and received a Physician Assistant degree along with a Masters in Medical Science. Following graduation in January 1996, Jessica started her career practicing Emergency Medicine, which she continues to do today. After a few years in the E.R., it became apparent that she had exemplary skills and an affinity for detail-oriented work. This realization guided Jessica to the field of Sclerotherapy. She has now been performing Sclerotherapy for many years and has become known as one of the most skilled, knowledgeable, and gentlest Sclerotherapists in the tri-state region. Jessica has treated over a thousand men and women, of all skin colors, who remain thrilled with their amazing results.

With a dedicated patient population, Jessica's practice has expanded from performing Sclerotherapy to include many other non-invasive cosmetic procedures. These include laser hair removal, chemical peels, and many injectables including Botox and Juvederm/Captique. Jessica's patients have

science and beauty medical spa

said to her time and time again: "When you find someone you trust, you stick with them." Jessica is so proud to be that person for so many wonderful people.

For a copy of Jessica's CV, click here.



photo: Michael Priest

**Ebbie Butt**

After years of working in the medical profession in many specialties, Ebbie Butt directed her focus towards skin care. She graduated from the Christine Valmy International School For Esthetics, Skin Care, Make Up and Nail Artistry of New York City. She is a New York State Licensed Esthetician and has practiced in Manhattan, Fairfield, Connecticut and at the Judith Jackson Spa in Westport, Connecticut.

Ebbie's Signature Facials include an array of techniques developed from her advanced courses in Alpha Hydroxy Acids, Massage Techniques and Reflexology. She is certified to perform Microcurrent Treatments, a low level of electricity that mirrors the body's own natural electrical impulses, also referred to as Facial Toning. This obviates the need for more invasive techniques (i.e., Botox injections).

Ebbie creates a nurturing atmosphere that will leave you feeling relaxed and rejuvenated.

3/26/2008

science and beauty medical spa



**969 Park Avenue, Suite 1G, New York, NY 10028**
**p: 212.639.1259  +  f: 212.249.5140**
**www.sbmedspa.com**

Copyright ©2007 science + beauty medical spa. All rights reserved.

7

science and beauty medical spa



# science + beauty
## medical spa

**HOME + ABOUT S+B + TREATMENTS + BEFORE & AFTER + IN THE NEWS + CONTACT**

*welcome*



science + beauty

*press & media coverage*

Science + Beauty Medical Spa is dedicated to providing the most innovative and safe beautification treatments available today. To this end, we offer a comprehensive array of cosmetic and medical services involving both invasive and non-invasive procedures.

We specialize in Sclerotherapy, Laser Hair Removal, Lipodissolve, BOTOX™, and Restylane/Captique treatments. We also offer facials, bio-ultimate face lifts, as well as chemical peels and masks. Click here to read about all of our treatments.

Our professionals bring decades of experience to the practice and are committed to meeting the specific needs of each client. We are conveniently located on the Upper East Side of Manhattan at the corner of Park Avenue and 82nd Street. To learn more about our practitioners, see about s+b. For more information or to make an appointment, refer to our contact section.

science and beauty medical spa

Our Gift Certificates make a great holiday gift!

**969 Park Avenue, Suite 1G, New York, NY 10028**
**p: 212.639.1259 + f: 212.249.5140**
**www.scienceandbeauty.net**

Copyright ©2005 science + beauty medical spa. All rights reserved.

3/26/2008