7/4727-9

Douglas A. Miro (DM 2535)
Stephen J. Quigley (SQ 6847)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK



-------------------------------------------------------------

YAEL HALAAS M.D., PLLC,                          :
                                                 :
                     Plaintiff,                  :        Civil Action No.
                                                 :
          v.                                     :
                                                 :
SCIENCE + BEAUTY MEDICAL SPA,                    :        08 CV 3542
JESSICA L. PLOTNICK                              :
and MATTHEW GOODRICH,                            :
                                                 :
                     Defendants.                 :        JUDGE HOLWELL
                                                 :
-------------------------------------------------------------

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Local Rules of this Court and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff Yael Halaas M.D. PLLC, certify that the following are corporate or other parents, subsidiaries, or affiliates of Plaintiff Yael Halaas M.D. PLLC, securities or other interests in which are publicly held:

### None

{00920727.2}

Dated: April 11, 2008
    New York, New York

Respectfully submitted,

Douglas Miro (DM2525)
Stephen J. Quigley (SQ6847)
Ostrolenk, Faber, Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Telephone: (212) 382-0700
Facsimile: (212) 382-0888