# OSTROLENK FABER GERB & SOFFEN, LLP
Intellectual Property Attorneys

| Partners | Associates | Of Counsel |
|---|---|---|
| SAMUEL H. WEINER | JOEL J. FELBER | MARTIN PFEFFER |
| ROBERT C. FABER | MICHAEL I. MARKOWITZ | MARTIN J. BERAN |
| MAX MOSKOWITZ | KEITH J. BARKAUS | PAUL GRANDINETTI* |
| JAMES A. FINDER | JEFF KIRSHNER | MARK A. FARLEY |
| WILLIAM O. GRAY, III | ART C. CODY | GEORGE BRIEGER |
| LOUIS C. DUJMICH | DAVID J. TORRENTE | STEPHEN J. QUIGLEY |
| CHARLES P. LAPOLLA | ANNA VISHEV | JOSEPH M. MANAK |
| DOUGLAS A. MIRO | CAMERON S. REUBER*** | ISRAEL NISSENBAUM |
| PETER S. SLOANE | ANGELA M. MARTUCCI | |
| KOUROSH SALEHI** | SEAN P. McMAHON | |

*DC BAR
**CONNECTICUT BAR
***VIRGINIA BAR

1180 Avenue of the Americas
New York, New York 10036
212.382.0700
Fax 212.382.0888

www.ostrolenk.com
email@ostrolenk.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

RECEIVED
JUN 17 2008
CHAMBERS OF
RICHARD J. HOLWELL

June 17, 2008

Via Facsimile (212) 805-7948
Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Yael Halaas M.D., PLLC v. Science + Medical Spa, et al*
Civil Action No. 08 CV 3542 (RJH)

Dear Judge Holwell:

Our firm represents the plaintiff in the above matter. We are requesting an adjournment of the June 20, 2008 Initial Scheduling Conference.

There have not been any previous requests for an adjournment or extension of this conference and the defendants have consented to this request for an adjournment. No other dates will be affected by this adjournment.

The reason for the request is that the parties are discussing settlement and expect to reach a final agreement shortly. Further, Defendants have not yet submitted their Answer.

Respectfully submitted,

Ostrolenk, Faber, Gerb & Soffen

By: _____
Douglas A. Miro
Attorneys for Plaintiff

DAM/SJQ:dlg/

cc: Richard S. Schurin (via facsimile)
Attorney for Defendants

{00939536.1}

Conference adjourned to
7/18/08 at 10:00 a.m.
SO ORDERED
[signature]
USDJ
6/20/08

New York • Washington, D.C.