# GOTTLIEB, RACKMAN & REISMAN, P.C.
### COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

JAMES REISMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
LARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN

OF COUNSEL
DIANA MULLER*

* MEMBER OF THE BAR
OF ARGENTINA ONLY

DONNA NIRMAN BROOKE
BARBARA H. LOEWENTHAL
MARC P. MISTHAL
FRANK D. DECOLVENAERE
STEVEN STERN
YUVAL H. MARCUS

PATENT AGENT
ZOYA V. CHERNINA

July 15, 2008

**Via Facsimile (212) 805-7948**
Hon. Richard J. Howell
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

[RECEIVED JUL 16 2008 CHAMBERS OF RICHARD J. HOLWELL]

Re: <u>Yael Halaas M.D., PLLC v. Science + Medical Spa, et. al.</u>
08 CV 3542 (RJH)

Dear Judge Howell:

This firm represents Defendants in the above matter. We write to request a second adjournment of the initial conference in this matter. Said conference is currently scheduled for July 18, 2008.

A second adjournment is necessary to give the parties additional time to work out a settlement. In this regard, Plaintiff has now provided Defendant with a written settlement document, which is currently being reviewed. Defendant requests an adjournment of no more than 1 month. Finally, Plaintiff's counsel has indicated that he would not object to this request.

Respectfully submitted,
GOTTLIEB, RACKMAN & REISMAN

Richard S. Schurin

cc: Douglas Miro, Esq.

Conference adjourned to 9/4/08 at 10:00 a.m.

SO ORDERED

[signature]
USDJ
7/22/08

TOTAL P.02

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08